UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>   v.<br><br>PAUL AHRENS,<br><br>                        Defendant. | No. CR14-331RSM<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL AND SETTING NEW PRETRIAL MOTIONS DEADLINE |

      Based on the stipulated motion of the parties, the Court makes the following findings of fact and conclusions of law:

      1.     The defense needs more time to explore if Mr. Ahrens is a good candidate for the DREAM program.

      2.     The defense received over 1000 pages of discovery only a week before the motions deadline.

      3.     The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case.  18 U.S.C. § 3161(h)(8)(B)(ii),

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 1
Case No. CR 14-331RSM

LAW OFFICE OF ROBERT FLENNAUGH II, PLLC
810 Third Avenue, Suite 500
Seattle, WA  98104
(206) 447-7422

4. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendants the reasonable time for effective preparation of their defense.  18 U.S.C. § 3161(h)(8)(B)(iv).

5. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(i).

6. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from January 26, 2015 to July 20,2015 at 9:00 AM.  The resulting period of delay from January 26, 2015, up to and including three weeks past the new trial date of July 20, 2015 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

Pretrial motions are now due May 29, 2015.

DATED this 19th day of December 2014.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Robert Flennaugh II
ROBERT FLENNAUGH II
Counsel for Defendant Paul Ahrens

ORDER GRANTING STIPULATED
MOTION TO CONTINUE TRIAL - 2
Case No. CR 14-331RSM

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
810 Third Avenue, Suite 500
Seattle, WA  98104
(206) 447-7422